UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.  04-390(2) (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION |
| v. ) | FOR TRAVEL REQUEST |
| ) | |
| Shirley Best Pierce ) | |
| ) | |
| Defendant. ) | |

Based upon the motion of the defendant, it is hereby Ordered that Shirley Pierce may travel out of state, to North Carolina and through any states in between . This travel may begin on December 20, 2005, with a return to Minnesota no later than January 3, 2006.

Date: December 1, 2005         s / Michael J. Davis
                               Honorable Michael J. Davis
                               United States District Court